JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONTELLE BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 5:20-cv-00033-SAB-PJW<br><br>**ORDER DISMISSING CASE**<br><br>**[ECF NO. 63]** |

Before the Court is the parties' Stipulation of Dismissal of Plaintiff Shontelle Baker's Claims Without Prejudice, ECF No. 63. The parties ask the Court to dismiss Plaintiffs' claims without prejudice with each party to bear its own costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal of Plaintiff Shontelle Baker's Claims Without Prejudice, ECF No. 63, is **GRANTED**.

//
//
//
//
//
//

**ORDER DISMISSING CASE ~ 1**

2. Plaintiff's claims are **DISMISSED** without prejudice with each party to bear its own costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 2nd day of June 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING CASE ~ 2**